Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOT LEADS 365, TELELEAD, IRSHAD HASAN; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-cv-06510<br><br>**NOTICE OF ERRATA** |

    PLEASE TAKE NOTICE that Document [1] of the Case Docket, Complaint, was erroneously filed in that the incorrect .pdf was uploaded. Attached hereto as EXHIBIT A is the correctly labeled Complaint.

    Respectfully Submitted this 2nd day of September, 2017.

                       LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                           By:  <u>/s/ Todd M. Friedman</u>
                                Todd M. Friedman
                                Law Offices of Todd M. Friedman
                                Attorney for Plaintiff