NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
tfriedman@toddflaw.com

ATTORNEY(S) FOR: Plaintiff, TERRY FABRICANT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>GOT LEADS 365, TELELEAD, IRSHAD HASAN; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _TERRY FABRICANT_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TERRY FABRICANT | PLAINTIFF |
| GOT LEADS 365 | DEFENDANT |
| TELELEAD | DEFENDANT |
| IRSHAD HASAN | DEFENDANT |

September 2, 2017                        s/Todd M. Friedman
Date                                            Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, TERRY FABRICANT

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**